IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STARR, JR., D.C.<br><br>Defendant. | CASE NO. 2:09-cv-00683 JAM EFB<br><br>JUDGMENT |

Pursuant to the Settlement Agreement entered by John Starr, Jr., D.C., and the United States, attached hereto as Exhibit A, judgment in favor of the United States and against Dr.Starr is hereby entered in the sum of $37,077.06, together with interest accruing thereon from and after March 3, 2009, at the rate of 3.375%, or at the variable rate then in effect.

DATED: June 9, 2009

/s/ John A. Mendez
Honorable JOHN A. MENDEZ
United States District Court Judge